UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# JS-6

**CIVIL MINUTES – GENERAL**

| Case No. | 8:26-cv-00256-FWS-JDE | Date | May 11, 2026 |
|---|---|---|---|
| Title | *Ali Ince v. United States Citizenship and Immigration Services* | | |

PRESENT: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

Rolls Royce Paschal
Deputy Clerk

Not Reported
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:

None Present

ATTORNEYS PRESENT FOR DEFENDANT:

None Present

PROCEEDINGS:    (IN CHAMBERS) ORDER DISMISSING ACTION FOR LACK OF
PROSECUTION FOR FAILURE TO COMPLY WITH THE COURT'S
ORDER TO SHOW CAUSE

This action was filed on February 3, 2026.  (Dkt. 1.)  On May 5, 2026, the court issued a minute order which ordered Plaintiff Ali Ince to show cause in writing on or before May 7, 2026, why this action should not be dismissed for lack of prosecution.  (Dkt. 9 ("OSC").) Plaintiff failed to respond to the OSC by the court's deadline.  (*See generally* Dkt.)  Therefore, the court orders that this action is **DISMISSED WITHOUT PREJUDICE** for lack of prosecution and for failure to comply with OSC.   The court further orders all proceedings in the case **VACATED** and **TAKEN OFF CALENDAR**.   The court's OSC is **DISCHARGED.**